Decided October 15, 1993

STATE OF CONNECTICUT *v.* CLAYTON HARRISON

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 687 (AC 11508), is denied.

*Michael K. Courtney,* assistant public defender, in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided October 15, 1993